IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

R. W. MOTHER OF C. T.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D15-3578

DEPT. OF CHILDREN &
FAMILIES,

Appellee.

_____/

Opinion filed December 4, 2015.

An appeal from the Circuit Court for Clay County.
John H. Skinner, Judge.

Crystal McBee Frusciante, Office of Criminal Conflict and Civil Regional Counsel, Region One, Tallahassee, for Appellant.

Ward L. Metzger, Appellate Counsel, Children's Legal Services, Jacksonville, and David P. Krupski, Appellate Counsel, Guardian ad Litem Program, Sanford, for Appellee.


PER CURIAM.

    AFFIRMED.

WOLF, OSTERHAUS, and KELSEY, JJ., CONCUR.